UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DANIELLE LOKEY, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY, INC.,<br><br>　　　　　　Defendant. | Case No. 20-cv-04782-LB<br><br>**JUDGMENT** |

On February 18, 2021, the court granted CVS's motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of CVS and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 18, 2021

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-04782-LB